

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *United States v. Sajmir Alimehmeti*, 16 Cr. 398 (PAE)

Dear Judge Engelmayer:

  The Government respectfully requests a 12-day extension of the Government's June 20, 2024 deadline to submit a response to the defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). The proposed deadline is July 2, 2024. The defendant, through defense counsel Susan G. Kellman, Esq., consents to this request.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney for the
       Southern District of New York

   by: _____
       Jane Chong
       Assistant United States Attorney
       (917) 763-3172

Cc (By CM/ECF):  Susan G. Kellman, Esq.
       Sarah Kunstler, Esq.